1028

[No. 15833-3-I.   Division One.   January 5, 1987.]

THOMAS R. BAILEY, ET AL, *Appellants,* v. GUS
NIKAITANI, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 82-2-12745-6, David C. Hunter, J., entered
November 29, 1984. *Reversed* by unpublished opinion per
Coleman, J., concurred in by Grosse and Webster, JJ.

[No. 7660-8-II.   Division Two.   January 5, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
DEVON McLEOD, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 83-1-00334-2, Thomas L. Lodge, J., entered
March 13, 1984. *Reversed* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 8250-1-II.   Division Two.   January 5, 1987.]

THE STATE OF WASHINGTON, *on the Relation of Tillie
Hunter, Appellant,* v. GARY A. WIFFLER,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 170374, Thomas A. Swayze, Jr., J., entered
October 19, 1984. *Vacated* by unpublished opinion per
Petrich, J., concurred in by Alexander, A.C.J., and Wors-
wick, J.

[No. 8389-2-II.   Division Two.   January 6, 1987.]

UNITED SERVICES AUTOMOBILE ASSOCIATION, *Appellant,*
v. ROBERT D. HUDSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83-2-03149-0, D. Gary Steiner, J., entered
January 8, 1985. *Reversed* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Worswick, J.